COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Collins Asset Group, LLC as successor in interest to CTX Mortgage Company, LLC v. James  Evans

Appellate case number:    01-21-00333-CV

Trial court case number:  1150533

Trial court:              County Civil Court at Law No. 3 of Harris County

This is an appeal from a take-nothing judgment signed on May 11, 2021.  The judgment states that trial proceeded on May 10, 2021 without a jury.  Although the clerk's record has been filed, the reporter's record has not been filed and is not due until September 8, 2021.

Appellant's brief is not due until the complete record has been filed.  *See* TEX. R. APP. P. 38.6(a).  Appellant has filed a motion for extension of time to file appellant's brief, but this motion is premature because appellant's brief is not yet due.

Accordingly, the Court denies this motion as premature.

It is so ORDERED.


Judge's signature: _____/s/ Richard Hightower_____
                    ☑ Acting individually    ☐ Acting for the Court


Date:  _____July 20, 2021_____